UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:03-CR-78 |
| | ) | |
| ANTHONY LEE ROGERS | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On January 15, 2008, and in accordance with the Federal Magistrate's Act, as amended, Title 28 U.S.C. §636(b)(1)(B), (C), United States Code Title 18, Sections 3401(i) and 3583(e), and Federal Rule of Criminal Procedure 59(a), this case was referred to Magistrate Judge Roger Cosbey to conduct any necessary hearings and submit a Report and Recommendation for the disposition of the Request for Modification of the Conditions or Terms of Supervision contained within the Petition (Prob 12D) (docket entry 183), which was submitted to the court on January 15, 2008.

On February 5, 2008, Magistrate Judge Roger Cosbey issued his Report and Recommendation, recommending that the above referenced Request for Modification of the Conditions or Terms of Supervision be GRANTED, and that the terms of the defendant's Supervised Release be modified to include the following condition:

> The defendant shall sign the appropriate release of information forms, including United States Probation Office Form 11I, or any specific mental health counseling agency form, including specific forms for the Veterans Administration, for the purpose of monitoring his compliance with his special condition that he participate in a mental health treatment program.

This Report and Recommendation also informed the parties that they had ten days after being served with a copy of the Report and Recommendation to file written objections with the

Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal.  See also Fed. R. Cr.P. 59(a).

More than ten days have passed since the parties have been served with a copy of Magistrate Judge Cosbey's Report and Recommendation and no objections have been filed with the Clerk of the Court.  Consequently, this court hereby ADOPTS Magistrate Judge Cosbey's Report and Recommendation, GRANTS the relief sought by Petition (Prob 12D) (docket entry 183) submitted to the court by the U. S. Probation Officer on January 15, 2008, and ORDERS that the conditions of the defendant, Anthony Lee Rogers's supervised release be MODIFIED to include  the following additional term:

> The defendant shall sign the appropriate release of information forms, including United States Probation Office Form 11I, or any specific mental health counseling agency form, including specific forms for the Veterans Administration, for the purpose of monitoring his compliance with his special condition that he participate in a mental health treatment program.

Enter: February 22, 2008

s/William C. Lee
WILLIAM C. LEE, JUDGE
UNITED STATES DISTRICT COURT